64D05-2308-CT-007863
Porter Superior Court 5

Filed: 8/28/2023 2:29 PM
Clerk
Porter County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER _____ COURT |
| | ) | |
| COUNTY OF PORTER | ) | SITTING AT _____, INDIANA |

| | |
|---|---|
| BRYAN HOLTCAMP | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. |
| | ) |
| OTTO TRUCKING, INC., and | ) |
| MAMURJON K. JUMANIYAZOV, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

BRYAN HOLTCAMP, for his Complaint against Defendants, OTTO TRUCKING, INC. (hereinafter, "Otto Trucking") and MAMURJON K. JUMANIYAZOV (hereinafter, "Jumaniyazov"), and each of them, allege and state as follows:

1. At all times relevant, Otto Trucking was and is an interstate motor carrier subject to the Federal Motor Carrier Safety Regulations, operating through and within the State of Indiana.

2. At all times relevant, Jumaniyazov was a truck driver operating Otto Trucking's tractor-trailer.

3. At all times relevant herein, Bryan Holtcamp (hereinafter, "Bryan") was and is a resident of Porter County, Indiana.

4. At all times relevant herein, there was in full force and effect in the State of Indiana, Ind. Code § 8-2.1-24-18, a statute incorporating by reference, *inter alia*, Parts 390,

1

391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations (hereinafter "FMCSRs").

5. At all times relevant, Jumaniyazov was a professional truck driver employed by Otto Trucking.

6. On April 8, 2023, Jumaniyazov was operating Otto Trucking's 2016 Brown Volvo TT semi-tractor with an attached trailer (hereinafter collectively "the tractor-trailer"), under the dispatch and control of Otto Trucking, Eastbound on US-20 near its intersection with Highway Street in Porter, Indiana.

7. On April 8, 2023, Bryan was in a 2016 black Toyota Prius lawfully traveling Westbound on US-20 near its intersection with Highway Street in Porter, Indiana.

8. On and before April 8, 2023, Otto Trucking and its principals, managers, agents, and/or employees including Jumaniyazov, were subject to the FMCSRs and owed Bryan and others lawfully travelling on the roadway, a duty to use reasonable care.

9. On and before April 8, 2023, Otto Trucking and Jumaniyazov breached the foregoing duties and were negligent, willful, wanton, and/or reckless.

10. On April 8, 2023, as a direct and proximate result of the aforesaid negligence, willfulness, wantonness, and/or recklessness, Otto Trucking and Jumaniyazov turned left directly and immediately into Bryan's lane of travel and crashed the tractor-trailer into Bryan's Toyota.

11. As a direct and proximate result of the foregoing acts and omissions of

Defendants, as aforesaid, Bryan sustained permanent injuries; he incurred and will incur hospital, therapeutic, pharmaceutical, and other medical expenses; he suffered and will suffer physical pain, mental anguish, severe emotional distress, disfigurement, disability and loss of enjoyment of life; he sustained an impairment of his ability to earn wages in the future; and he sustained other injuries and losses of a personal and pecuniary nature.

12. At all times relevant herein, Otto Trucking exerted authority over Jumaniyazov's operation of its tractor-trailer, the means and methods employed by Jumaniyazov in his work, and provided him with the equipment, including, but not limited to, the tractor-trailer, and motor carrier license necessary to accomplish his assigned tasks. As Jumaniyazov's employer and/or principal, Otto Trucking is vicariously liable for his negligence and conduct.

**WHEREFORE**, BRYAN HOLTCAMP seeks the entry of judgment in his favor and against Defendants, OTTO TRUCKING, INC. and MAMURJON K. JUMANIYAZOV, and each of them, for compensatory damages in an amount to be determined herein, for the costs of this action, for punitive damages, and for any and all other relief that the Court and Jury may deem proper under the circumstances.

Respectfully submitted,

**ALLEN LAW GROUP, LLC**
Attorneys for Plaintiff

/s/Thomas R. Benton

Kenneth J. Allen (#3857-45)
Thomas R. Benton (#31884-64)

## JURY DEMAND

Plaintiff demands trial by jury on his Complaint.

Respectfully submitted,

**ALLEN LAW GROUP, LLC**
Attorneys for Plaintiff,

/s/Thomas R. Benton

Kenneth J. Allen (#3857-45)
Thomas R. Benton (#31884-64)




*Reply to Office Indicated*

☑ **ALLEN LAW BUILDING:**
501 Allen Court, Suite 3000
Chesterton, IN 46304
219.465.6292

☐ **CHICAGO OFFICE:**
77 W. Wacker Drive
Chicago, IL 60601
312.236.6292

☐ **MERRILLVILLE OFFICE:**
3700 E. Lincoln Highway (U.S. 30)
Merrillville, IN 46410
219.736.6292

☐ **ORLAND PARK OFFICE:**
15255 S. 94th Avenue
Orland Park, IL 60462
708.460.6292

☐ **INDIANAPOLIS OFFICE:**
201 N. Illinois Street (South Tower)
Indianapolis, IN 46204
317.842.6926

☐ **WILL COUNTY OFFICE:**
10062 W. 190th Place
Mokena, IL 60448
815.725.6292