UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRYAN HOLTCAMP, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2:23-CV-396-PPS-JEM |
| OTTO TRUCKING, INC. and MAMURJON K. JUMANIYAZOV, | ) |
| Defendants. | ) |

## ORDER

The Parties have filed a Stipulation to Dismiss stipulating to the dismissal of this entire case with prejudice. [DE 40].

**ACCORDINGLY**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties' Stipulation to Dismiss [DE 40] is **GRANTED**. All claims asserted in this matter are **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs. The Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED**.

ENTERED: October 14, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT